**Order entered March 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01456-CV

**SLOAN CREEK II, L.L.C., Appellant**

**V.**

**TEXAS DEPARTMENT OF TRANSPORTATION, ET AL., Appellees**

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-3356-2008**

## ORDER

We **GRANT** appellant's March 23, 2015 unopposed motion for an extension of time to file a reply brief. Appellant shall file a reply brief by **APRIL 20, 2015**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE